IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ACCESS PRO MEDICAL, LLC,           *
                                   *
        Plaintiff,                 *
                                   *
        v.                         *            CV 125-062
                                   *
C. BLAKE BURNS,                    *
                                   *
        Defendant.                 *
                                   *
                                   *
                                   *

---

O R D E R

---

Before the Court is the Parties' joint stipulation of dismissal. (Doc. 21.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA